



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICKI PIONTEK** | **Civil Action No.** |
| Plaintiff, | **12     5097** |
| **vs.** | |
| **MIDLAND CREDIT MANAGEMENT, JOHN DOES 1-10 AND X,Y,Z CORPORATIONS** | |
| | **FILED** |
| Defendants. | SEP - 6 2012 |
| | MICHAEL E. KUNZ, Clerk |
| | By_____ JY___ Dep. Clerk |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Midland Credit Management, Inc. ("MCM"), by and through its counsel, Marshall, Dennehey, Warner, Coleman & Goggin, P.C., hereby removes the action entitled <u>Vicki Piontek v. Midland Credit Management, John Does 1-10 and X,Y,Z Corporations</u>, docket no. 2012-02935, as filed in the Court of Common Pleas of Bucks County, Pennsylvania ("the Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

1.      On or about July 20, 2012, Plaintiff filed the Action in the Court of Common Pleas of Bucks County, Pennsylvania. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2.      MCM first received notice of the Action on or around August 8, 2012, when it was served with Plaintiff's Complaint via certified mail.

3.    Based on the foregoing, MCM has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

4.    The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MCM pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia*, that MCM violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting a claim that arises under federal law.

5.    In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Bucks County, Pennsylvania, the United States District Court for the Eastern District of Pennsylvania should be assigned the Action.

6.    Pursuant to 28 U.S.C. § 1446(d), MCM will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Bucks County Court of Common Pleas.

**WHEREFORE**, Defendant, Midland Credit Management, Inc., notifies this Court that this cause is removed from the Court of Common Pleas of Bucks County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: _____

RONALD M. METCHO, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2595 / (215) 575-0856 (f)
rmmetcho@mdwcg.com
Attorneys for Defendant,
Midland Credit Management, Inc.

Dated: September 6, 2012

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**VICKI PIONTEK**

               Plaintiff,

   **vs.**

**MIDLAND CREDIT MANAGEMENT,
JOHN DOES 1-10 AND X,Y,Z
CORPORATIONS**

               Defendants.

**Civil Action No.**

**FILED**

SEP - 6 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### CERTIFICATE OF SERVICE

I, Ronald M. Metcho, Esquire, do hereby certify that a true and correct copy of Defendant, Midland Credit Management, Inc.'s, **Notice of Removal** was served upon the below-listed counsel of record by regular mail on September 6, 2012.

Waverly Madden, Esquire
Stephen Girard Building, Suite 100
21 S. 12th Street, #100
Philadelphia, PA 19107
Attorney for Plaintiff
Vicki Piontek

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.**

By: _____

RONALD M. METCHO, ESQUIRE
Attorneys for Defendant,
Midland Credit Management, Inc.

Dated: September 6, 2012

# EXHIBIT "A"

Waverley Madden, Esquire
Bar ID # 205284
21 S. 12th Street, Suite 100
Philadelphia, PA 19107
Tel.: (215) 525-0150

**ATTORNEY FOR PLAINTIFF**

## COMMONWEALTH OF PENNSYLVANIA
### BUCKS COUNTY
### COURT OF COMMON PLEAS

Vicki Piontek
951 Allentown Rd.
Lansdale, PA 19446
      Plaintiff,

     v.

Midland Credit Management
8875 Aero Drive, Suite 200
San Diego, California 92123
and

John Does 1-10
    and
X,Y,Z Corporations
      Defendant(s).

2012-02935

Case Number: 2012-02935
Receipt:   Z738919        Judge:31
Code: 759             Filing: 9951311
Patricia Bachtle - Bucks Co Prothonotary
809       7/20/2012 9:27:43 AM

## STATEMENT OF CLAIM

    Plaintiff, Vicki Piontek, brings this complaint against Defendant, Cavalry Portfolio Services, LLC. This complaint is brought pursuant to the 15 USC 1692 et. seq. of the Fair Debt Collection Practices Act (FDCPA) which defines the Defendant as a debt collector and the Plaintiff as a consumer. In support of her complaint Plaintiff avers as follows:

### INTRODUCTION

1. This is a lawsuit for damages brought by an individual consumer for Defendant's

    violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter

    "FDCPA"). The aforementioned statute prohibits debt collectors from engaging in

    abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. The previous paragraphs of this complaint are incorporated by reference and made a part of this Complaint.

3. Jurisdiction and Venue is proper in this jurisdiction because a substantial portion of the acts, omissions, transactions or occurrences took place in this jurisdiction.  To wit, the telephone communication referred to in this Complaint occurred in this jurisdiction.

4. Jurisdiction and venue is proper in this jurisdiction because the Defendant(s) transact business in this jurisdiction.

5. A substantial portion of the acts and / or omission complaint of occurred at or near this jurisdiction.

## PARTIES

6. The previous paragraphs of this complaint are incorporated by reference and made a part of this Complaint.

7. Plaintiff is Vicki Piontek, an adult individual, with an address including but not limited to 951 Allentown Road, Lansdale, PA 19446.

8. Defendants are the following.

   a. Midland Credit Management, a business entity with an address including but not limited to 8875 Aero Drive, Suite 200, San Diego, California 92123.

   b. John Does 1-10, individuals whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery. It is believed and averred that such Does played a substantial role in the commission of the acts described in this complaint.

   c. X,Y,Z Corporations, legal entities whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery. It is believed and averred that such entities played a substantial role in the commission of the acts described in this complaint.

## COUNT ONE: Violation of Fair Debt Collection Practices Act (15 USC 1692 g et. seq.) "Overshadowing"

9. The previous paragraphs of this complaint are incorporated by reference and made a part of this Complaint.

10. Plaintiff is a consumer debtor as defined by the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692 et. Seq.

11. Defendant is a debt collector as defined by the FDCPA, 15 USC 1692 et. seq.

12. At all times mentioned herein, Defendant was attempting to collect on an alleged consumer debt against Plaintiff.

13. On or about June 22, 2011, Defendant sent Plaintiff a collection letter for an alleged consumer debt. See Exhibit A.

14. Said collection contained verbiage antithetical to the requirements of 15 USC 1692 g et. seq.

15. On or about June 24, 2011, Defendant(s) then sent Plaintiff another collection letter for the same alleged consumer debt, labeled as Exhibit B.

16. The letter labeled as Exhibit B contained the proper verbiage required by 15 USC 1692 g et. seq.

17. The language of the letter Exhibit A was improper because it contained verbiage which overshadowed the requirements of 15 USC 1692 g et. seq.

18. The first collection letter labeled as Exhibit A Demanded an immediate payment due before Defendant was legally allowed to make such a demand under 15 USC 1692g et. seq.

19. The language of the first letter (Exhibit A) contradicted the language of the second collection letter (Exhibit B).

20. By demanding payment from Plaintiff before the 30 days to dispute the alleged consumer debt had expired, Defendant overshadowed Plaintiff's rights pursuant to 15 USC 1692 g et. seq.

21. By engaging in the above described conduct, Defendant overshadowed its obligations under 15 USC 1692g.

22. Defendant(s) above described conduct had the effect of confusing misleading and intimidating the Plaintiff.

## COUNT TWO:  Violation of 15 USC 1692 g
### Continued Collection Activity Without Compliance with 15 USC 1692g

23. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

24. On or about June 24, 2011, Defendant sent Plaintiff a collection letter that contained verbiage which complied with the provisions of 15 USC 1692 g, and which read substantially as follows.  See Exhibit B.

> Under Federal Law, 15 U.S.C. sec. 1692 et seq.,
> unless you dispute the validity of this debt, or any
> portion of the debt, within thirty *(30)* days after
> receipt of this notice, we will assume that the debt is
> valid. If you notify us within the thirty-day period
> that the
>
> debt, or any portion of the debt, is disputed, we will
> obtain and mail to you verification of the debt or a
> copy of any judgment. Upon your request within the
> thirty-day period, we will provide you with the
> name and address of the original creditor, if
> different from the current creditor.

25. Plaintiff disputed the alleged consumer debt in writing on July 7, 2011 and July 14th, 2011 to Plaintiff within the applicable 30 days pursuant to 15 USC 1692g.  See Exhibit C.

26. In Plaintiff's disputes labeled as Exhibits C and D, Plaintiff specifically requested that Defendant(s) provide Plaintiff with the name and address of the original creditor which was different than the current creditor.

27. One or about August 1, 2011, and September 2, 2011, Defendant responded to Plaintiff's dispute(s).  See Exhibits E and F, but failed to provide both the name and the address of the original creditor which was different than the current creditor.

28. In Defendant's response to Plaintiff's disputes, Defendant failed to fulfill all of its duties under 15 USC 1692g. Defendant failed to provide the name and address of the original creditor which was different than the current creditor.

29. Defendant's continued collection activity against Plaintiff following Plaintiff's demand for the name and address of the original creditor, and Defendant(s) failure to provide such information. To wit, Defendant instructed Plaintiff to mail Defendant money in the letters marked as Exhibit E and F.

30. By engaging in the above described conduct, Defendant overshadowed its obligations under 15 USC 1692g.

31. Defendant(s) above described conduct had the effect of confusing misleading and intimidating the Plaintiff.

## COUNT THREE: Violation of 15 USC 1692 e
### Failure to Meaningfully Disclose Nature of Communication

32. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

33. Plaintiff is a consumer debtor as defined by the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692 et. Seq.

34. At all relevant times in this Complaint, Defendant(s) was / were acting as a debt collector(s) as defined by the FDCPA, 15 USC 1692 et. seq.

35. At all times mentioned herein, Defendant(s) was / were attempting to collect on an alleged consumer debt against Plaintiff.

36. Within the applicable statute of limitations, prior to the commencement of this action, in 2011, Defendant contacted Plaintiff by telephone.

37. During Defendant's aforementioned telephone call, Defendant's caller ID was blocked.

38. The blocking of the caller ID had the effect of confusing and misleading Plaintiff as to Defendant's identity.

39. During the aforementioned telephone call, Defendant failed to state the proper name of Defendant.  Instead of correctly identifying Defendant, Defendant's agent, representative or employee stated that he was calling from "Midland" and failed to give any other meaningful identification for the Defendant's company.

40. Defendant(s) above described conduct had the effect of confusing and misleading the Plaintiff.

## DAMAGES

41.  The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

42.  Plaintiff demands $1.00 actual damages at least for stationary, postage, mileage, lost time etc.

43.  Plaintiff demands $1,000.00 statutory damages under the FDCPA 15 USC 1692k.

44.  Plaintiff suffered some emotional distress, anger and frustration as a result of Plaintiff's rights being violated by Defendant.  The amount of such distress shall be determined at trial.

## ATTORNEY FEES

45. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

46. Plaintiff believes and avers that she is entitled to attorney fees of $1,925.00 at a rate of $350.00 per hour. Services include but not limited to the following.

| | | |
|---|---|---|
| a. | Consultation with client on three separate x | 1.5 |
| b. | Drafting, editing, review, filing and serving of of complaint and related documents | 2 |
| c. | Follow up with Defense | 2 |

5x $350 per hour = $1,925

47. Plaintiff's attorney fees continue to accrue as the case move forward.

48. The above referenced attorney fees are a reasonable calculation of work performed to date as well as reasonable follow up.

## OTHER RELIEF

49. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

50. Plaintiff requests declaratory relief.

51. Plaintiff requests injunctive relief prohibiting further collection activity.

52. Plaintiff seeks such other relief as this Honorable Court may deem just and proper.

53. Plaintiff specifically requests / demands a jury trial in this matter.

Wherefore, plaintiff demands judgment against defendant in the amount of $2,926.00 (actual damages, statutory damages, emotional distress attorney fees) plus costs.  Plaintiff also seeks such other relief as this Honorable Court may deem appropriate.


Respectfully Submitted,

**MADDEN LAW FIRM, P.C.**


**WAVERLEY MADDEN, ESQ.**
Stephen Girard Building, Suite 100
21 S. 12th Street , #100
Philadelphia, PA  19107
Telephone: 215-525-0150
Fax: 215-525-0151
madden@wmaddenlaw.com
*Plaintiff's Counsel*

7|18|2012
**Date**

## COMMONWEALTH OF PENNSYLVANIA
### BUCKS COUNTY
### COURT OF COMMON PLEAS

| | | |
|---|---|---|
| Vicki Piontek<br>951 Allentown Rd.<br>Lansdale, PA 19446<br>    Plaintiff, | : <br> : <br> : <br> : | 2012-02935 |
|    v. | : <br> : | |
| Midland Credit Management<br>8875 Aero Drive, Suite 200<br>San Diego, California 92123<br>and | : <br> : <br> : <br> : | |
| John Does 1-10<br>  and<br>X,Y,Z Corporations<br>    Defendant(s). | : <br> : <br> : <br> : <br> : | |

## <u>VERIFICATION</u>

I Vicki Piontek affirm that the statements contained in the attached Complaint are true and accurate to the best of my knowledge, understanding and belief.


Vicki Piontek    7-19-12
‾‾‾‾‾‾‾‾‾‾‾‾    ‾‾‾‾‾‾‾
Vicki Piontek     Date

# EXHIBITS

Return Mail Unly - No Correspondence
**mcm** Dept. 12421
PO Box 603
Oaks, PA 19456

06-22-2011

| | |
|---|---|
| Contact Information: | Tel (888) 327-7774 |
| Hours of Operation: | Sat-Th 5am - 2pm PST; |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | FIRST EQUITY CARD CORP |
| Original Account No.: | 4988820006477771 |
| | |
| MCM Account No.: | 8540027612 |
| Current Balance: | $15,235.84 |
| Payment Due Date: | UPON RECEIPT |

2345-123

*8WNHLTH
*0000 0854 0027 6128*
VICKI PIONTEK
7517 OLD COALING RD APT 5
HARMANS, MD 21077-1543

Dear VICKI PIONTEK,

Midland Credit Management, Inc. is the **SERVICER** of the above-mentioned **FIRST EQUITY CARD CORP** account. This is a demand for payment. Please include a check or money order for the Current Balance due. Once the balance has been received, the three major credit reporting agencies will be notified that the account is paid in full. *

Please do not hesitate to contact me at **(888) 327-7774, Ext.53673** if you have any questions.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

Sincerely,

**Jimmy Daniel X53673,C633**
Midland Credit Management, Inc.

*Your credit report will not be updated if the federal reporting period has expired.

**MAIL PAYMENTS TO:** P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:** MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

*Please tear off and return lower portion with payment in envelope provided*

---

## Payment Certificate

| | |
|---|---|
| MCM Account Number: | 8540027612 |
| Current Balance: | $15,235.84 |
| **Amount Due:** | **$15,235.84** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **UPON RECEIPT** |

VICKI PIONTEK
7517 OLD COALING RD APT 5
HARMANS, MD 21077-1543

**mcm**
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12 8540027612 8 0005000 072211 6

123

LT43

*EXHIBIT A*



Return Mail Only - No Correspondence
Dept. 12421
PO Box 603
Oaks, PA 19456

**40% Discount Offer**

| | |
|---|---|
| **MCM Account Number** | |
| | 8540027612 |
| **Original Creditor** | |
| | **FIRST EQUITY CARD CORP** |
| **CURRENT BALANCE** | |
| | **$15,235.84** |
| **PAYMENT DUE DATE** | |
| | **08-08-2011** |

06-24-2011

*BWNHLTH                          18078 - 3022
*0000 0854 0027 6128*
VICKI PIONTEK
7517 OLD COALING RD APT 5
HARMANS, MD 21077-1543

Dear VICKI PIONTEK,

Midland Funding LLC has purchased your FIRST EQUITY CARD CORP account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the new servicer of this obligation.

We are offering you THREE payment options. All will save you money. All will make it easier to resolve this account.

| **PLAN 1: Settle in Full** |
|---|
| Discount: **40% off** |
| Payment Amount: **$9,141.50** |
| Save: **$6,094.34!** |

| **PLAN 2: Monthly Payments** |
|---|
| Discount: **25% off** |
| Monthly Payment Amount: **$952.24** |
| # of months: 12 |

| **PLAN 3: Monthly Payments** |
|---|
| Discount: **10% off** |
| Monthly Payment Amount: **$571.34** |
| # of months: 24 |

■ No additional interest will be charged to your account.

■ All collection calls and letters on this account will stop.

■ You will get rid of this debt and get on with your life.

■ We will notify the credit bureaus the debt is PAID IN FULL.*

Hours of Operation:
Mon-Th 5am - 2pm PST;

Simply mail the Payment Coupon below along with your payment in the envelope provided. Please mail your payment by 08-01-2011 to be sure it reaches us by the due date of this offer, 08-08-2011.

If you aren't able to take advantage of these offers, please call an Account Manager at (877) 299-3686. We may have other options to help you resolve this account.

Sincerely,

**Midland Credit Management, Inc.**
**(877) 299-3686**

EXHIBIT B

Important Disclosure Information

Please understand this is a communication from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

The records associated with the purchase from **FIRST EQUITY CARD CORP** reflect that you are obligated on this account,
which is in default. As of the date of this letter, you owe $15,235.84. The offer to settle this account for the discount(s) offered
in this letter remains open until 08-08-2011. If the offer to settle this account is not accepted on or before 08-08-2011, the
amount you owe may be greater because of interest, late charges, and other charges that may vary from day to day. To obtain
an exact payoff amount, or for further information, please call one of our Account Managers at (877) 299-3686. As the owner
of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All
communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any
portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is
disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a
copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and
address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in
an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy
attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the
30 days to exercise the rights described above.

*We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your
account may be reflected in your credit report. No credit reporting will occur if the federal reporting period has expired.

---------------------------------

Please send any correspondence relating to any credit reporting* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR
ACCOUNT.

MAIL PAYMENTS TO: P.O. Box 60578, Los Angeles, CA 90060-0578

MAIL CORRESPONDENCE BUT NO PAYMENTS TO: MCM's business address at
8875 Aero Drive, Suite 200, San Diego, CA 92123

**VICKI PIONTEK**
7517 Old Coaling Road, #5
Harmans, MD 21077
877-737-8616

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060

By Certified U.S. Mail

RE:  **DISPUTE AND REQUEST FOR INVESTIGATION**
     **Vicki Piontek SSN:** ████████
     **First Equity Card Corp.**
     **MCM Account No. 8540027612**
     **Alleged Balance $15,235.84**

To Whom it May Concern:

     I wish to dispute the above referenced account.

     The amount stated is excessive and inflated. The alleged balance includes interest, fees and other charges not warranted by any existing contract.

     I have request proof of the balance and a breakdown of all charges.  I have never been provided a copy of the contract which proves the  interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

     I would also like the name and address of the original creditor.

               Sincerely,

               *Vicki Piontk*     7.7.2011
               Vicki Piontek      Date

EXHIBIT C

**VICKI PIONTEK**
7517 Old Coaling Road, #
Harmans, MD 21077
877-737-8616

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA  90060

By Certified U.S. Mail

RE:  **DISPUTE AND REQUEST FOR INVESTIGATI**
**Vicki Piontek SSN:**

**First Equity Card Corp.         #8540027612         Alleged Balance $15,235.84**

To Whom it May Concern:

     I wish to dispute the above referenced account.

     The amount stated is excessive and inflated. The alleged balance includes interest, fees and other charges not warranted by any existing contract.

     I have request proof of the balance and a breakdown of all charges.  I have never been provided a copy of the contract which proves the  interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

     **I would also like the name and address of the original creditor.**

                 Sincerely,

                 *Vicki Piontek*       7.23.2011
                 Vicki Piontek        Date

EXHIBIT D

Return Mail Only - No Correspondence

**mcm** Dept. 12421
PO Box 603
Oaks, PA 19456

08-01-2011

Ildllldlllalldlllalllllllllallalllallllllllallllllllll.   7344-620

*BYNHLTH
*0000 0854 0027 6128*
VICKI PIONTEK
7517 OLD COALING RD APT 5
HARMANS, MD 21077-1543

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| Hours of Operation: | M-Th 6am - 7pm; Fri-Sat 6am - 5pm PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | FIRST EQUITY CARD CORP |
| Original Account No.: | 4988820006477771 |
| MCM Account No.: | 8540027612 |
| Current Balance: | $15,332.38 |

Dear VICKI PIONTEK,

We have opened an investigation concerning your recent request and have requested the appropriate documents.

A Consumer Relations Representative will provide a response to your request in the near future. We can be reached at (800) 825-8131 ext. 32980, should you have further questions.

Please understand this communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

Sincerely,

Consumer Relations
(800) 825-8131 Ext. 32980

**MAIL PAYMENTS TO**: P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO**: MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

EXHIBIT E

820                                                                 QCIM



Return Mail Only - No Correspondence
Dept. 12421
PO Box 603
Oaks, PA 19456

09-02-2011

2344-470

*BWNHLTH
*0000 0854 0027 6128*
VICKI PIONTEK
7517 OLD COALING RD APT 5
HARMANS, MD 21077-1543

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| Hours of Operation: | M-Th 6am - 7pm; |
| | Fri-Sat 6am - 5pm PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | FIRST EQUITY CARD CORP |
| Original Account No.: | 4988820006477771 |
| MCM Account No.: | 8540027612 |
| Current Balance: | $15,332.38 |

Dear VICKI PIONTEK,

We have opened an investigation concerning your recent request and have requested the appropriate documents.

A Consumer Relations Representative will provide a response to your request in the near future. We can be reached at (800) 825-8131 ext. 32980, should you have further questions.

Please understand this communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

Sincerely,

Consumer Relations
(800) 825-8131 Ext. 32980

**MAIL PAYMENTS TO**: P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO**: MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

470

EXHIBIT F

QCIM